1  Kathleen Clack  196405
   ATTORNEY AT LAW
2  5200 North Palm Avenue, Suite 308
   Fresno, California 93704-2225
3  Telephone: 559.241.7229
   Facsimile:    559.241.7256
4

5  Attorney for JOHN PEARCE

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ENNS PONTIAC, BUICK, & GMC         )   CASE NO.: 1:07-CV-01043-OWW-DLB
   TRUCK, a California Corporation; EARL )
   L. ENNS and ESTHER J. ENNS as       )
12 Trustees of the 2004 Enns Family Trust; )
   and HAROLD J. ENNS and PATRICIA     )   STIPULATION FOR EXTENSION OF TIME
13 L. ENNS as Trustees for the Family  )   FOR DEFENDANT JOHN PEARCE TO FILE A
   Trust,                              )   RESPONSIVE PLEADING
14                                     )
                    Plaintiffs,        )
15                                     )
         vs.                           )
16                                     )
   ORELIA FLORES, an individual; THE   )
17 ESTATE OF SIETO YAMAGUCHI,          )
   deceased; MABEL LEE, an individual; )
18 THE ESTATE OF HERBERT LEE,          )
   deceased; REEDLEY STEAM             )
19 LAUNDRY; REEDLEY DRY                )
   CLEANING WORKS; JOHN PIERCE,        )
20 an individual; PATTY MARTINEZ, an   )
   individual; and LOUIE MARTINEZ, an  )
21 individual.                         )
                                       )
22                Defendants.          )
                                       )
23 _____ )

24       The parties hereto, through their respective counsel, stipulate to the following extensions

25 of time for filing a responsive pleading in this case:

26       Defendant, JOHN PEARCE, shall have an extension of time for filing the Defendant's

27 responsive pleading in the above numbered case so that its time for preparing and filing the

28
THE LAW OFFICES OF
KATHLEEN P. CLACK
5200 N. PALM AVENUE
SUITE 308
FRESNO, CA 93704

---
1
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

Defendant's responsive pleading to and including March 20, 2008

This stipulation shall be without prejudice to any party seeking further extensions of time from the Court.

DATED: 1-11-08

By: \s\
Kathleen P. Clack
LAW OFFICES OF KATHLEEN P. CLACK
Attorney for Defendant,
JOHN PEARCE

DATED: 1-11-08

By: \s\
Kenneth E. James
CAUFIELD & JAMES, LLP
Attorneys for Plaintiff
ENNS PONTIAC, BUICK, & GMC TRUCK, a California Corporation; EARL L. ENNS and ESTHER J. ENNS as Trustees of the 2004 Enns Family Trust; and HAROLD J. ENNS and PATRICIA L. ENNS as Trustees for the Family Trust

IT IS SO ORDERED.

**Dated:   February 25, 2008**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

THE LAW OFFICES OF
KATHLEEN P. CLACK
5200 N. PALM AVENUE
SUITE 308
FRESNO, CA 93704

2
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS