WILLIAM FEARNSIDE (Bar No. 098376)
ATTORNEY AT LAW
588 N. Palm Ave. Ste I-2
Fresno, CA  93704
Telephone:      (559) 436-4888
Facsimile:       (559) 650-5590

Attorneys for Defendants
PATTY MARTINEZ AND LOUIE MARTINEZ

DOWNEY BRAND LLP
STEVEN H. GOLDBERG (Bar No. 140039)
GREGORY T. BRODERICK (Bar No. 220871)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
sgoldberg@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Defendant
THE ESTATE OF SIETO YAMAGUCHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNS, PONTIAC, BUICK & GMC TRUCK, a California Corporation; EARL J. ENNS and ESTHER J. ENNS as trustees of the 2004 Enns Family Trust; and HAROLD J. ENNS and PATRICIA L. ENNS as trustees for the Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>ORELIA FLORES, an individual; THE ESTATE OF SIETO YAMAGUCHI, deceased; MABEL LEE, an individual; THE ESTATE OF HERBERT LEE, deceased; REEDLY STEAM LAUNDRY; REEDLY DRY CLEANING WORKS; JOHN PEARCE, an individual; PATTY MARTINEZ, an individual; and LOUIE MARTINEZ, an individual,<br><br>Defendants. | Case No.  1:07-CV-01043-OWW-DLB<br><br>**ORDER PURSUANT TO STIPULATION TO DISMISS DEFENDANTS PATTY MARTINEZ'S AND LOUIE MARTINEZ'S CROSS-CLAIMS AGAINST DEFENDANT ESTATE OF SIETO YAMAGUCHI WITHOUT PREJUDICE [FRCP 41(a)(1)(A)(ii)] (Stipulation filed December 15, 2008)** |

1

PDF created with pdfFactory trial version www.pdffactory.com

1

2      Pursuant to the parties' Stipulation to Dismiss filed on December 15, 2008,

3      IT IS HEREBY ORDERED that defendants PATTY MARTINEZ's and LOUIE

4  MARTINEZ's claims against the ESTATE OF SIETO YAMAGUCHI, as set forth in the Cross-

5  Complaint filed in Case No. 1:07-CV-01043 on November 18, 2008, be dismissed without

6  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

7  **IT IS SO ORDERED**.

8  DATED:  December 18, 2008

_/s/ OLIVER W. WANGER_
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

9

10

973843.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER PURSUANT TO STIPULATION TO DISMISS          CASE NO. 1:07-CV-01043-OWW-

PDF created with pdfFactory trial version www.pdffactory.com