1  Jeffery L. Caufield, Esq. (SBN 166524)
   jeff@caufieldjames.com
2  Kenneth E. James, Esq. (SBN 173775)
   ken@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 410
4  San Diego, California 92108
   (619) 325-0441 Telephone
5  (619) 325-0231 Facsimile

6

7  Attorneys for Plaintiffs Enns Pontiac, Buick, & GMC Truck, Earl L. Enns & Esther Enns as Trustees of the 2004 Enns Family Trust, Harold J. Enns & Patricia L. Enns as Trustees for the Family Trust

8

9

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNS PONTIAC, BUICK, & GMC TRUCK, a California Corporation; EARL L. ENNS and ESTHER J. ENNS as Trustees of the 2004 Enns Family Trust; and HAROLD J. ENNS and PATRICIA L. ENNS as Trustees for the Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>ORELIA FLORES, an individual; THE ESTATE OF SIETO YAMAGUCHI, deceased; MABEL LEE, an individual; THE ESTATE OF HERBERT LEE, deceased; REEDLEY STEAM LAUNDRY; REEDLEY DRY CLEANING WORKS; JOHN PEARCE, an individual; PATTY MARTINEZ, an individual; and LOUIE MARTINEZ, an individual.<br><br>Defendants.<br><br>_____ | **NO: 1:07-CV-01043-OWW-DLB**<br><br>ORDER REGARDING COURT'S APRIL 20, 2011 MEMORANDUM DECISION REGARDING MOTION TO AMEND.<br><br>Hearing Date: April 18, 2011<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Oliver W. Wanger<br>Pre-Trial Conference: January 9, 2012 |

ORDER REGARDING COURT'S APRIL 20, 2011
MEMORANDUM DECISION REGARDING MOTION TO AMEND

1  TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

2      Pursuant to the Court's April 20, 2011 Memorandum Decision Regarding
3  Motion to Amend, and having considered the motion, memorandum, declarations,
4  exhibits filed, and arguments made in connection with ENNS PONTIAC, BUICK, &
5  GMC TRUCK, EARL L. ENNS, AND ESTHER J. ENNS as Trustees of the 2004
6  Enns Family Trust, and HAROLD J. ENNS, and PATRICIA L. ENNS as Trustees
7  for the Family Trust, (hereinafter collectively "Plaintiffs") Motion for Leave to File a
8  Second Amended Complaint (hereinafter "Motion to Amend"), the Court
9  ORDERED the following:

10      1) Plaintiffs' Motion to Amend is DENIED with respect to the addition of
11      RCRA claims;
12      2) Plaintiffs' Motion to Amend is DENIED with respect to joining Ethel
13      Warnock, Bruce Warnock, Jesse Williams, Reynaldo Betancourt, and Floyd
14      Morse as Defendants;
15      3) Plaintiffs' Motion to Amend is GRANTED with respect to adding the
16      personal representatives of deceased Defendants and with respect to
17      correction of spelling errors;
18      4) Plaintiffs shall file an amended complaint within five days of receiving
19      electronic service of this decision;
20      5) Defendants shall file responsive pleading within twenty days of receiving
21      electronic service of an amended complaint; and
22      6) Plaintiffs shall file a form of order consistent with this decision within five
23      days of receiving electronic service of this decision.
24      THEREFORE, IT IS ORDERED THAT Plaintiffs' Motion to Amend is
25  GRANTED in part, as detailed above.
26      IT IS FURTHER ORDERED THAT the proposed amended complaint,
27
28

PDF created with pdfFactory trial version www.pdffactory.com

1 attached hereto as **Exhibit 1,** be and hereby is deemed to be the Second Amended
2 Complaint, and is deemed filed and served as of this date.
3
4 IT IS SO ORDERED.
5
6 Dated: May 2, 2011.              /s/ OLIVER W. WANGER
7                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com