1 | Jeffery L. Caufield, Esq. (SBN 166524)
  | jeff@caufieldjames.com
2 | Kenneth E. James, Esq. (SBN 173775)
  | ken@caufieldjames.com
3 | CAUFIELD & JAMES, LLP
  | 2851 Camino Del Rio South, Suite 410
4 | San Diego, California 92108
  | (619) 325-0441 Telephone
5 | (619) 325-0231 Facsimile

Attorneys for Plaintiffs Enns Pontiac, Buick, & GMC Truck, Earl L. Enns & Esther Enns as Trustees of the 2004 Enns Family Trust, Harold J. Enns & Patricia L. Enns as Trustees for the Family Trust

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ENNS PONTIAC, BUICK, & GMC TRUCK, a California Corporation; EARL L. ENNS and ESTHER J. ENNS as Trustees of the 2004 Enns Family Trust; and HAROLD J. ENNS and PATRICIA L. ENNS as Trustees for the Family Trust, | NO: 1:07-CV-01043-OWW-DLB |
|---|---|
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR CONTINUANCE OF SCHEDULING ORDER DEADLINES** |
| v. | |
| ORELIA FLORES, an individual; SACHIKO YAMAGUCHI, as administrator to THE ESTATE OF SIETO YAMAGUCHI; THE ESTATE OF SIETO YAMAGUCHI, deceased; PATRICIA CLOTHIER and CAROLYN WHITESIDES, as administrators to THE ESTATE OF HERBERT LEE; PATRICIA CLOTHIER and CAROLYN WHITESIDES, as administrators to THE ESTATE OF MABEL LEE; THE ESTATE OF MABEL LEE, deceased; THE ESTATE OF HERBERT LEE, deceased; REEDLEY STEAM LAUNDRY; REEDLEY DRY CLEANING WORKS; JOHN PEARCE, an individual; PATSY MARTINEZ, an individual; LOUIE MARTINEZ, an individual, | Hearing Date: June 6, 2011<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Oliver W. Wanger |
| Defendants. | |

ORDER GRANTING PLAINTIFFS' MOTION FOR
CONTINUANCE OF SCHEDULING ORDER DEADLINES

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

The Court, having considered the motion, memoranda, declarations, exhibits filed, and arguments made in connection with Plaintiffs' Motion for Continuance of the Scheduling Order Deadlines during the June 6, 2011 hearing, good cause exists to amend the current scheduling order deadlines.

Good cause appearing therefore, IT IS SO ORDERED that the Scheduling Order Deadlines be continued as set forth below:

| **Deadline/Event** | **Old Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cut-off | June 3, 2011 | June 3, 2011 |
| Expert Witness Disclosures pursuant to FRCP 26(a)(2), (A) and (B) | July 19, 2011 | November 1, 2011 |
| Expert Rebuttal Disclosure and Expert Supplement Deadline pursuant to FRCP 26 (a)(2)(E) and (C), and FRCP 26(e)(2) | N/A | December 1, 2011 |
| Discovery Cut-Off (including experts) | September 19, 2011 | January 3, 2012 |
| Non-Dispositive Pre-Trial Motions (including discovery motions) | October 10, 2011 (filed) December 2, 2011 (heard) | January 18, 2012 (filed) February 24, 2012 (heard) |
| Dispositive Pre-Trial Motions | October 19, 2011 (filed) December 5, 2011 (heard) | February 3, 2012 (filed) March 5, 2012 (heard) |
| Settlement Conference | December 6, 2011 | |
| Pre-Trial Conference Date | January 9, 2012 | April 9, 2012 |
| Trial Date | February 14, 2012 | May 22, 2012 |

///
///
///

1

1    IT IS FURTHER ORDERED that there will be no further continuances
2  granted.
3
4
5  IT IS SO ORDERED.
6    Dated:  **June 16, 2011**                              **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
CONTINUANCE OF SCHEDULING ORDER DEADLINES