1  Jeffery L. Caufield, Esq. (SBN 166524)
   jeff@caufieldjames.com
2  Kenneth E. James, Esq. (SBN 173775)
   ken@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 410
4  San Diego, California 92108
   (619) 325-0441 Telephone
5  (619) 325-0231 Facsimile

6

7  Attorneys for Plaintiffs Enns Pontiac, Buick, & GMC Truck, Earl L. Enns & Esther
   Enns as Trustees of the 2004 Enns Family Trust, Harold J. Enns & Patricia L. Enns
8  as Trustees for the Family Trust

9

10            UNITED STATES DISTRICT COURT

11         FOR THE EASTERN DISTRICT OF CALIFORNIA

12  ENNS PONTIAC, BUICK, & GMC          )   NO: 1:07-CV-01043-OWW-DLB
    TRUCK , a California Corporation;    )
13  EARL L. ENNS and ESTHER J.          )
    ENNS as Trustees of the  2004 Enns  )   ORDER REGARDING
14  Family Trust;  and HAROLD J.        )   DEFENDANTS' MOTIONS TO
    ENNS and PATRICIA L. ENNS as        )   DISMISS SECOND AMENDED
15  Trustees for the Family Trust,      )   COMPLAINT
                                        )
16            Plaintiffs,               )
                                        )
17        v.                            )
                                        )   Hearing Date: June 20, 2011
18  ORELIA FLORES, an individual;       )   Time: 10:00 a.m.
    SACHIKO YAMAGUCHI, as               )   Courtroom: 3
19  administrator to THE ESTATE OF      )   Judge: Oliver W. Wanger
    SIETO YAMAGUCHI; THE                )
20  ESTATE OF SIETO YAMAGUCHI,          )
    deceased; PATRICIA CLOTHIER         )
21  and CAROLYN WHITESIDES, as          )
    administrators to THE ESTATE OF     )
22  HERBERT LEE; PATRICIA               )
    CLOTHIER  and CAROLYN
23  WHITESIDES, as administrators to
    THE ESTATE OF MABEL LEE;
24  THE ESTATE OF MABEL LEE,
    deceased; THE ESTATE OF
25  HERBERT LEE, deceased;
    REEDLEY STEAM LAUNDRY;
26  REEDLEY DRY CLEANING
    WORKS; JOHN PEARCE, an
27  individual; PATSY MARTINEZ, an
    individual;  LOUIE MARTINEZ, an
28  individual,

            Defendants.

          ORDER REGARDING DEFENDANTS' MOTIONS
            TO DISMISS SECOND AMENDED COMPLAINT

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

Pursuant to the Court's August 29, 2011 Memorandum Decision and Order Re Defendants' Motion to Dismiss Second Amended Complaint ("SAC") and having considered the motions, memoranda, declarations, exhibits filed, and arguments made during the June 20, 2011 hearing in connection with (1) Defendant Sachiko Yamaguchi, as administrator to the Estate of Sieto Yamaguchi's motion to dismiss Plaintiffs' SAC, and (2) Defendants Patricia Clothier and Carolyn Whitesides as administrators for the Estate of Herbert Lee and the Estate of Mabel Lee (together, the "Lee Administrators"), the Estate of Herbert Lee, the Estate of Mabel Lee, Reedley Steam Laundry, and Reedley Dry Cleaning Works' (collectively, "Lee Defendants") motion to dismiss the SAC, the Court ORDERED the following:

1. Sachiko Yamaguchi's motion to dismiss is DENIED.

2. The Lee Defendants' motion to dismiss is GRANTED in part and DENIED in part as follows:

a. GRANTED WITH PREJUDICE as to the Estate of Herbert Lee and the Administrators of the Estate of Herbert Lee; and

b. DENIED as to the Estate of Mabel Lee and the Administrators of the Estate of Mabel Lee.

IT IS SO ORDERED.

Dated:   **September 8, 2011**             **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

1
ORDER REGARDING DEFENDANTS' MOTIONS
TO DISMISS SECOND AMENDED COMPLAINT