Jeffery L. Caufield, Esq. (SBN 166524)
jeff@caufieldjames.com
Kenneth E. James, Esq. (SBN 173775)
ken@caufieldjames.com
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 410
San Diego, California 92108
(619) 325-0441 Telephone
(619) 325-0231 Facsimile

Attorneys for Plaintiffs Enns Pontiac, Buick,
& GMC Truck, Earl L. Enns & Esther Enns
as Trustees of the 2004 Enns Family Trust,
Harold J. Enns & Patricia L. Enns as Trustees
for the Family Trust

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ENNS PONTIAC, BUICK, & GMC TRUCK, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> ORELIA FLORES, *et al.*; <br><br> Defendants, <br><br> AND RELATED ACTIONS. | Case No. 1:07-CV-01043-LJO-BAM <br><br> **STIPULATION AND ORDER TO EXTEND ENNS' TIME TO RESPOND TO SACHIKO YAMAGUCHI, AS ADMINISTRATOR TO THE ESTATE OF SIETO YAMGUCHI'S COUNTERCLAIMS** <br><br> Date: n/a <br> Time: n/a <br> Courtroom: 3 <br> Judge: Honorable Lawrence J. O'Neill <br> Pre-Trial Conference: April 9, 2012 |
|---|---|

1

STIPULATION TO EXTEND TIME TO RESPOND TO YAMAGUCHI'S COUNTERCLAIMS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 144(a), Plaintiffs ENNS PONTIAC, BUICK, & GMC TRUCK, a California Corporation; EARL L. ENNS and ESTHER J. ENNS as Trustees of the 2004 Enns Family Trust; and HAROLD J. ENNS and PATRICIA L. ENNS as Trustees for the Family Trust ("Plaintiffs"), by and through their counsel of record, Jeffery L. Caufield, Esq. of Caufield & James LLP, and Defendant SACHIKO YAMAGUCHI, as administrator to the ESTATE OF SIETO YAMAGUCHI ("Defendant"), by and through her attorney of record, Jennifer Hartman King, Esq. of Downey Brand, LLP, stipulate and agree as follows:

Plaintiffs' deadline to respond to Defendant's Counterclaims filed September 21, 2011, shall be extended from October 19, 2011 to and including October 26, 2011.  Plaintiffs were granted a prior extension of time, from October 12, 2011 to October 19, 2011, to respond.


DATED: October 19, 2011                    CAUFIELD & JAMES, LLP


By: /s/*Jeffery L. Caufield*
JEFFERY L. CAUFIELD
Attorneys for Plaintiffs ENNS PONTIAC, BUICK, & GMC TRUCK, a California Corporation; EARL L. ENNS and ESTHER J. ENNS as Trustees of the 2004 Enns Family Trust; and HAROLD J. ENNS and PATRICIA L. ENNS as Trustees for the Family Trust


DATED: October 19, 2011                    DOWNEY BRAND LLP


By: */s/Jennifer Hartman King* [as authorized on 10/19/11]
JENNIFER HARTMAN KING
Attorneys for Defendant SACHIKO YAMAGUCHI, as administrator to the ESTATE OF SIETO YAMAGUCHI

IT IS SO ORDERED.

Dated:   October 19, 2011                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2