1  **TIMOTHY C. CRONIN, ESQ.**          (SBN: 181989)
   **DENNIS J. BYRNE, ESQ.**            (SBN: 172618)
2  **THE CRONIN LAW GROUP**
   744 Montgomery Street, Second Floor
3  San Francisco, California 94111
   Telephone:  (415) 951-0166
4  Facsimile:  (415) 951-0167

5  Attorneys for Defendants and Cross-Claimants Patricia Clothier and Carolyn
   Whitesides as the Administrators for the Estate of Mabel Lee; the Estate of Mabel
6  Lee, Deceased, Reedley Steam Laundry; Reedley Dry Cleaning Works.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNS PONTIAC, BUICK & GMC TRUCK, *et al.*, | CASE NO.: 1:07-CV-01043-OWW-DLB |
| Plaintiffs, | **STIPULATION TO EXTEND THE MARTINEZ'S TIME TO RESPOND TO THE LEE PARTIES' CROSS-CLAIMS** |
| vs. | |
| ORELIA FLORES, *et al.*, | **(Doc. 290 and 324)** |
| Defendants. | |
| | Date:       N/A
Time:       N/A
Courtroom:  3
Judge:      Hon. Oliver W. Wanger |
| AND RELATED ACTIONS. | Pre-Trial Conference: April 9, 2012 |

STIPULATION TO EXTEND TIME TO RESPOND TO LEE PARTIES' CROSS-CLAIMS

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   Pursuant to Local Rule 144(a), Defendants and Cross-Defendants PATTY
3   MARTINEZ and LOUIE MARTINEZ, and Defendants and Cross-Claimants PATRICIA
4   CLOTHIER and CAROLYN WHITESIDES, as Administrators to the Estate of Mabel Lee,
5   THE ESTATE OF MABEL LEE, Deceased, REEDLEY DRY CLEANING and REEDLEY
6   DRY CLEANING WORKS (collectively, "the Lee Parties"), by and through their attorney
7   of record, Dennis Byrne, Esq. of the Cronin Law Group, stipulate as follows:

8   The Martinez's deadline to respond to the Lee Parties' Cross-Claims filed September
9   22, 2011, shall be extended from October 13, 2011 to, and including, November 10, 2011.

11  Date:  Oct. 10 , 2011                    Respectfully submitted,

12                                            THE CRONIN LAW GROUP

13                                                    /s/ Dennis J. Byrne

14                                            By:_____
                                                  TIMOTHY C. CRONIN, Esq.
15                                                DENNIS J. BYRNE, Esq.
                                               Attorneys for Defendants and Cross-Claimants
16                                            PATRICIA   CLOTHIER   and   CAROLYN
                                              WHITESIDES as Administrators of The Estate of
17                                            Mabel Lee, THE ESTATE OF MABEL LEE,
                                              Deceased, REEDLEY STEAM LAUNDRY and
18                                            REEDLEY DRY CLEANING WORKS

20                                                    /s/ Patty Martinez

21  Date:  Oct. _11_ , 2011                   _____

22                                            PATTY MARTINEZ

24                                                    /s/ Louie Martinez

25  Date:  Oct. _11_, 2011                    _____

26                                            LOUIE MARTINEZ

**IT IS SO ORDERED.**

Dated:   November 15, 2011              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE