1  Jeffery L. Caufield, Esq. (SBN 166524)
   jeff@caufieldjames.com
2  Kenneth E. James, Esq. (SBN 173775)
   ken@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 410
4  San Diego, California 92108
   (619) 325-0441 Telephone
5  (619) 325-0231 Facsimile

6

7  Attorneys for Plaintiffs Enns Pontiac, Buick,
   & GMC Truck, Earl L. Enns & Esther Enns
   as Trustees of the 2004 Enns Family Trust,
8  Harold J. Enns & Patricia L. Enns as Trustees
   for the Family Trust
9

10

              UNITED STATES DISTRICT COURT
11
              FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13 | ENNS PONTIAC, BUICK, & GMC TRUCK, *et al.*; | **NO: 1:07-CV-01043-LJO-BAM** |
14 | Plaintiffs, | **STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY** |
15 | v. | |
16 | ORELIA FLORES, *et al.*; | |
17 | Defendants, | |
18 | | |
...
24 | AND RELATED ACTIONS. | |

STIPULATION FOR SUBSTITUTION OF PARTY

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1) Sachiko Yamaguchi, as Administrator to the Estate of Sieto Yamaguchi, is no longer a party to this action by reason of death.

(2) Constance Yamaguchi and Dana K. Yamaguchi, as administrators of the Estate of Sieto Yamaguchi are substituted as parties to this action in place of the party identified in paragraph (1).

(3) Defendants, Constance Yamaguchi and Dana K. Yamaguchi, as administrators of the Estate of Sieto Yamaguchi hereby acknowledge actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

DATED: September 9, 2013  CAUFIELD & JAMES LLP

___/s/ Jeffery Caufield_____
Jeffery L. Caufield, Esq.
Matthew Friedrichs, Esq.
Attorney for Plaintiffs/Counter-Defendants

DATED: September 9, 2013  DOWNEY BRAND LLP

___/s/ Andrew Skanchy_____
Andrew Skanchy, Esq.
Attorneys for Defendants, CONSTANCE YAMAGUCHI and DANA K. YAMAGUCHI, as administrators to THE ESTATE OF SIETO YAMAGUCHI and THE ESTATE OF SIETO YAMAGUCHI, deceased

| | | |
|---|---|---|
| 1 | DATED: September 9, 2013 | THE CRONIN LAW GROUP |
| 2 | | |
| 3 | | ___/s/ Dennis Byrne_____ |
| 4 | | Timothy C. Cronin, Esq.<br>Dennis J. Byrne, Esq. |
| 5 | | Attorneys for Defendants |
| 6 | | PATRICIA CLOTHEIR AND<br>CAROLYN WHITESIDES, as |
| 7 | | Administrators to the ESTATE OF<br>MABEL LEE, THE  ESTATE OF |
| 8 | | MABEL LEE, deceased, REEDLEY |
| 9 | | STEAM LAUNDRY and REEDLEY |
| 10 | | DRY CLEANING WORKS |
| 11 | | |
| 12 | DATED: September 9, 2013 | LAW OFFICES OF KATHLEEN CLACK |
| 13 | | |
| 14 | | ___/s/ Kathleen Clack_____ |
| 15 | | Kathleen Clack, Esq.<br>Attorneys for Defendant, |
| 16 | | JOHN PEARCE |
| 17 | DATED: September 9, 2013 | |
| 18 | | |
| 19 | | ___/s/ Louis Martinez_____ |
| 20 | | LOUIS MARTINEZ |
| 21 | | |
| 22 | DATED: September 9, 2013 | |
| 23 | | |
| 24 | | ___/s/ Patsy Martinez_____ |
| 25 | | PATSY MARTINEZ |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION TO EXTEND CASE DEADLINES

**ORDER**

Based on the Stipulation of the parties, the Court ORDERS as follows:

(1) Sachiko Yamaguchi, as Administrator to the Estate of Sieto Yamaguchi, is no longer a party to this action by reason of death;

(2) Constance Yamaguchi and Dana K. Yamaguchi, as administrators of the Estate of Sieto Yamaguchi are substituted as parties to this action in place of the party identified in paragraph (1).

(3) Defendants, Constance Yamaguchi and Dana K. Yamaguchi, as administrators of the Estate of Sieto Yamaguchi hereby acknowledge actual notice of this suit and subject themselves to the jurisdiction of this court in this action.

IT IS SO ORDERED.

Dated:   **September 10, 2013**          /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE