UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNS PONTIAC, BUICK & GMC TRUCK,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ORELIA FLORES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV F 07-1043 LJO BAM<br><br>**ORDER TO REST PRETRIAL CONFERENCE AND TRIAL**<br>(Doc. 409.) |

　　　Based on the parties' stipulation and in light of this Court's calendar, this Court:

　　　1.　　RESETS the pretrial conference to April 14, 2014 and trial to June 10, 2014; and

　　　2.　　ORDERS all parties, adjusters/carriers for insured parties, and other representatives of a party having full and complete authority to enter into binding settlement, and the principal attorneys responsible for the litigation, to be present at the January 24, 2014 mediation, unless excused by the mediator. Full authority to settle means that the individuals at the mediation be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties.

1

This Court premises resetting the pretrial conference and trial on the parties' legitimate, good faith efforts to settle this action and as such ADMONISHES the parties, counsel and insurers to use their best efforts to resolve all claims.

IT IS SO ORDERED.

Dated:   **December 19, 2013**               **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE