UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNS PONTIAC, BUICK & GMC TRUCK,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ORELIA FLORES, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 07-1043 LJO BAM<br><br>**ORDER FOR FURTHER STATUS REPORT**<br>(Doc. 411.) |

   Based on the parties' representation in their March 12, 2014 status report that a global settlement in principle has been reached, this Court ORDERS the parties, no later than March 31, 2014, to file a joint status report to update completion of settlement and need to proceed with the April 14, 2014 pretrial conference and June 10, 2014 trial. If this Court is satisfied with progress to complete settlement, it will entertain to vacate the pretrial conference and trial.

IT IS SO ORDERED.

   Dated:   **March 13, 2014**              **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

1