UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNS PONTIAC, BUICK, & GMC TRUCK, *et al.*;<br><br>             Plaintiffs,<br><br>   v.<br><br>ORELIA FLORES, *et al.*;<br><br>             Defendants,<br><br><br><br><br><br><br>AND RELATED ACTIONS. | **NO: 1:07-CV-01043-LJO-BAM**<br><br>**ORDER ON PLAINTIFFS' REQUEST TO CONTINUE THE SETTLEMENT CONFERENCE AND ORDERING DEFENDANTS TO SUBMIT OPPOSITIONS, IF ANY, BY 3:00 PM APRIL 25, 2014** |

   Pursuant to the Court's April 1, 2014 Order, the parties to this matter, filed confidential settlement conference statements in anticipation of the Court's settlement conference set for April 29, 2014.  Plaintiffs submitted a confidential settlement conference statement wherein Plaintiffs' explained that based on several mediations and subsequent communications between the parties, a global settlement of this case has been reached in principle. As a good faith attempt to finalize settlement, Plaintiffs however request a thirty day continuance of the settlement conference in order to finalize lingering issues with the mediator.

   In light of the settlement posture of this case, the Court is inclined to continue the settlement conference, but will entertain any objections to a continuance on a shortened schedule. Accordingly, no later than **Friday, April 25, 2014 at 3:00 P.M.,** Defendants shall submit directly to Judge

McAuliffe's chambers at bamorders@caed.uscourts.gov, oppositions, if any, to Plaintiffs' request for a thirty-day continuance of the settlement conference initially set for Tuesday, April 29, 2014.

IT IS SO ORDERED.

Dated:  **April 24, 2014**              /s/ *Barbara A. McAuliffe*
                                                                       UNITED STATES MAGISTRATE JUDGE