UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNS PONTIAC, BUICK, & GMC TRUCK, *et al.*;<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ORELIA FLORES, *et al.*;<br><br>　　　　Defendants,<br><br><br>AND RELATED ACTIONS. | **NO: 1:07-CV-01043-LJO-BAM**<br><br>**ORDER CONTINUING THE SETTLEMENT CONFERENCE**<br><br>**New Date:  May 29, 2014**<br>**Time: 10:00 a.m.**<br>Courtroom:  8<br>Magistrate Judge Barbara McAuliffe |

　　　On April 18, 2014, Plaintiffs submitted an *ex parte* application for a thirty-day continuance of the settlement conference set for April 29, 2014.  In requesting a continuance, Plaintiffs explained that based on several mediations and subsequent communications between the parties, a global settlement of this case has been reached in principle but certain issues have arisen in finalizing the agreement. Plaintiffs request a thirty day continuance in order to resolve these lingering issues with the mediator.

　　　On April 24, 2014, the Court ordered Defendants to file oppositions, if any, to Plaintiffs' request for a continuance.  No oppositions were filed and Plaintiffs' counsel confirmed with the Court that no party is opposed to the motion.

　　　Accordingly, for good cause being shown and the lack of opposition, the Court GRANTS Plaintiffs' *Ex Parte* request to continue the settlement conference as follows.

1  IT IS HEREBY ORDERED that the settlement conference set for April 29, 2014 is CONTINUED to **Thursday, May 29, 2014 at 10:00 AM.** All parties, adjusters/carriers for insured parties, and other representatives of a party having full and complete authority to enter into binding settlement, and the principal attorneys responsible for the litigation, must be present, unless excused by the Court. Full authority to settle means that the individuals be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties.

No later than **May 22, 2014**, each party shall submit directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement conference statement. This statement should neither be filed with the clerk of the Court nor served on any other party. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.

IT IS SO ORDERED.

Dated: **April 25, 2014**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE